# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DALE JUNG,

        Petitioner,

    v.

JOHN MARSHAL, Warden,

        Respondent.

Case No. CV 09-1149-AHM (JEM)

**JUDGMENT**

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed January 26, 2011, and adopted by the Court,

    **IT IS HEREBY ADJUDGED** that the Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED: September 26, 2011

                                        A. HOWARD MATZ
                              UNITED STATES DISTRICT JUDGE

JS-6