1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DALE JUNG,

                Petitioner,

       v.

JOHN MARSHAL, Warden,

                Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 09-1149-AHM (JEM)

**JUDGMENT**

In accordance with the Report and Recommendation of the United States Magistrate Judge filed January 26, 2011, and adopted by the Court,

**IT IS HEREBY ADJUDGED** that the Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED:  September 26, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

JS-6